## NEW MILFORD SAVINGS BANK *v.* R. RICHARD ROINA, TRUSTEE, ET AL.

The defendants R. Richard Roina as trustee, John R. Fiore, Charles A. Fiore and Pat J. Cutrone's petition for certification for appeal from the Appellate Court, 38 Conn. App. 240 (AC 12342), is denied.

*Peter J. Ottomano,* in support of the petition.

Decided September 28, 1995

## JANE DOE *v.* DORIS MARSELLE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 360 (AC 13338), is granted, limited to the following issues:

"1. Did the Appellate Court correctly conclude that the second amended complaint did not allege a willlful violation of General Statutes § 19a-583 (a)?

"2. Did the Appellate Court properly decide that the plaintiff's negligence, negligent infliction of emotional distress and Connecticut Unfair Trade Practices Act counts had been properly stricken?"

The Supreme Court docket number is SC 15312.

*Susan L. Garten,* in support of the petition.

*Andrew J. O'Keefe* and *Maureen Sullivan Dinnan,* in opposition.

Decided September 28, 1995